IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD WILLIAMS,

    Plaintiff,                        No. CIV S-11-1266 GGH P

    vs.

MIKE MARTEL, Warden, et al.,        ORDER &

    Defendants.                FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is proceeding pro se with a civil rights action. By order filed June 6, 2011, the court granted plaintiff twenty-eight days to file an amended complaint. In the June 6, 2011 order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        IT IS HEREBY ORDERED that a district judge be assigned to this case.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file

1

| | |
|---|---|
| 1 | written objections with the court.  The document should be captioned "Objections to Magistrate |
| 2 | Judge's Findings and Recommendations."   Any response to the objections shall be filed and |
| 3 | served within fourteen days after service of the objections.  Plaintiff is advised that failure to file |
| 4 | objections within the specified time may waive the right to appeal the District Court's order. |
| 5 | DATED: August 22, 2011 |
| 6 |    /s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE |
| 7 | |
| 8 | GGH: AB<br>will1266.fta |